FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0372

CASE NO. DA 20-0372

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PAULA BUCKLEY,

Plaintiff / Appellant,

-vs-

WESTERN MONTANA MENTAL
HEALTH CENTER,

Defendant / Appellee.

ORDER GRANTING
MOTION FOR
EXTENSION OF TIME

FILED

NOV 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Mont. R. App. P. 26(1), and good cause appearing, Western Montana Mental Health Center's motion for an extension of time in which to file its Opening Brief is hereby granted. Appellee shall have to and including December 28, 2020 in which to file its opening brief.

11-17-2020